IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FLEET LEASE EXCHANGE CO., INC.
d/b/a FLEXCO FLEET SERVICES                                                                 PLAINTIFF

v.                                              Case No. 4:24-cv-04070

GIG LOGISTICS, INC.                                                                          DEFENDANT

**JUDGMENT**

    For the reasons discussed in the order of even date, judgment is hereby entered in favor of Plaintiff Fleet Lease Exchange Co., Inc. d/b/a Flexco Fleet Services ("Plaintiff") against Defendant GIG Logistics, Inc. in the amount of $96,711.15.  Counsel for Plaintiff, Ms. Elizabeth Fletcher of Munson, Rowlett, Moore & Boone, P.A., is awarded reasonable attorney fees of $9,018.11.  Counsel for Plaintiff, Mr. Ian R. Walsworth of FisherBroyles LLP, is awarded reasonable attorney fees of $9,772.50 and costs of $313.00.  Combined, the judgment total stands at $115,814.76.

    **IT IS SO ORDERED**, this 14th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge